UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

-v-

FRANCISCO LORA,

Defendant.

No. 13-cr-817 (RJS)
ORDER

RICHARD J. SULLIVAN, Circuit Judge:

In March 2014, Defendant Francisco Lora absconded while on release pending trial. (Doc. No. 36 at 2.) He has remained at large since then. That is, until last year, when he was finally arrested in the Dominican Republic. (Doc. No. 59 at 14.) Following his arrest, Lora consented to be extradited to this district to face his pending charges. (*Id.*) Lora has since been transported to Puerto Rico and is in the process of being returned to New York. (*Id.* at 14–15.) Accordingly, IT IS HEREBY ORDERED THAT the government shall provide an update to the Court within 24 hours of Lora's return to this district or in 30 days, whichever is earlier.

SO ORDERED.

Dated:   January 22, 2021
         New York, New York

RICHARD J. SULLIVAN
UNITED STATES CIRCUIT JUDGE
Sitting by Designation