# LUIS O. DIAZ, ESQ. PLLC

MEMBER NY, NJ & D.C. BAR

ATTORNEY AND COUNSELOR AT LAW

32 MARBLE HILL AVENUE
NEW YORK, NY 10463

TEL: (212) 942-6400 • FAX: (212) 942-3900
LODIAZLAW@GMAIL.COM

---

April 1, 2021

**BY ELECTRONIC COURT FILING**
Honorable Richard J. Sullivan
United States Circuit Judge, Sitting by Designation
United States District Court
Southern District of New York
40 Foley Square
New York, NY 10007

Re: *U.S. v. Francisco Lora*
Case No. 13 Cr. 817 (RJS)

Dear Judge Sullivan:

    Counsel writes to advise the Court that the Defendant wishes to appear remotely at the next scheduled pretrial conference. The Defendant appeared remotely at the initial appearance before Magistrate Judge Kevin Nathaniel Fox on March 23, 2021 and consented to appear remotely after consultation with undersigned counsel.

    Counsel hereby request that the pretrial conference currently scheduled for April 6, 2021 be adjourned to April 13, 2021 in the morning to permit the Defendant to appear remotely from the Essex County Correctional Facility. The parties had previously proposed April 13, 2021 as an available date for the conference.

    Counsel consents to an exclusion of time under the Speedy Trial Act until April 13, 2021. *See* 18 U.S.C. Section 3161(h)(7). The ends of justice served by the continuance outweigh the best intests of the public and the Defendant in a speedy trial because the delay will permit the Government to produce discovery, the Defense to review discovery, and the parties to engage in discussions about a pretrial resolution in this matter.

Respectfully submitted,

Luis O. Diaz, Esq.

Cc: Andrew Rohrbach, Assistant U.S. Attorney (Via ECF)

---

Defense counsel's motion is granted. On consent of the parties, IT IS HEREBY ORDERED THAT the pretrial conference previously scheduled for April 6, 2021 will instead take place on April 13, 2021 at 2:00 p.m. via the CourtCall videoconference platform. The Court will email the parties directly with instructions for accessing the CourtCall proceeding. A separate order will follow containing instructions for members of the public to monitor the proceedings. IT IS FURTHER ORDERED THAT pursuant to 18 U.S.C. 3161(h)(7)(A), the time between this date and April 13, 2021 is excluded; the Court finds that the parties' need to produce and review additional discovery and engage in plea discussions outweighs the interests of the public and the defendant in a speedy trial.

SO ORDERED.
Dated: April 1, 2021
New York, New York

Richard J. Sullivan
United States Circuit Judge
Sitting by Designation