UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

-v-

FRANCISCO LORA,

Defendant.

No. 13-cr-817 (RJS)
ORDER

RICHARD J. SULLIVAN, Circuit Judge:

As previously ordered (Doc. No. 69), a pretrial conference in this matter will take place on April 13, 2021 at 2:00 p.m. via the CourtCall videoconference platform. The Court will email the parties directly with instructions for accessing the CourtCall proceeding. Members of the public may monitor the proceedings through CourtCall's public access audio line by using the following credentials:

Dial-in:        855-268-7844
Access code:    32091812#
PIN:            9921299#

SO ORDERED.

Dated:  April 7, 2021
        New York, New York

RICHARD J. SULLIVAN
UNITED STATES CIRCUIT JUDGE
Sitting by Designation