UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------X

UNITED STATES OF AMERICA,

-against-

Francisco Lora

                                        Defendant(s).
---------------------------------------------------------------X

**CONSENT TO PROCEED BY VIDEO OR TELE CONFERENCE**

13 -CR- 817 (RJS)

Defendant **Francisco Lora** hereby voluntarily consents to participate in the following proceeding via  X  videoconferencing or  X  teleconferencing:

___ Initial Appearance Before a Judicial Officer

___ Arraignment (Note: If on Felony Information, Defendant Must Sign Separate Waiver of Indictment Form)

___ Bail/Detention Hearing

 X  Conference Before a Judicial Officer

_FRANCISCO LORA_
Defendant's Signature *By Counsel*

_[signature]_
Defendant's Counsel's Signature

Francisco Lora
Print Defendant's Name

Luis O. Diaz
Print Counsel's Name

This proceeding was conducted by reliable video or telephone conferencing technology.

Date 4/13/21

_[signature]_
U.S. Circuit Judge
Sitting by Designation