UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>-v-<br><br>FRANCISCO LORA,<br><br>                        Defendant. | No. 13-cr-817 (RJS)<br>ORDER |

RICHARD J. SULLIVAN, Circuit Judge:

      IT IS HEREBY ORDERED THAT the pretrial conference in this matter will take place on May 10, 2021 at 1:30 p.m. via the CourtCall videoconference platform. The Court will email the parties directly with instructions for accessing the CourtCall proceeding. Members of the public may monitor the proceedings through CourtCall's public access audio line by using the following credentials:

        Dial-in:        855-268-7844
        Access code:  32091812#
        PIN:          9921299#

SO ORDERED.

Dated:    May 5, 2021
             New York, New York

                                            RICHARD J. SULLIVAN
                                            UNITED STATES CIRCUIT JUDGE
                                            Sitting by Designation