UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

UNITED STATES OF AMERICA,

-against-

Francisco Lora

Defendant(s).
-----------------------------------------------------------------X

**CONSENT TO PROCEED BY VIDEO OR TELE CONFERENCE**

13 -CR- 817 (RJS)

Defendant **Francisco Lora** hereby voluntarily consents to participate in the following proceeding via _X_ videoconferencing or _X_ teleconferencing:

___ Initial Appearance Before a Judicial Officer

___ Arraignment (Note: If on Felony Information, Defendant Must Sign Separate Waiver of Indictment Form)

___ Bail/Detention Hearing

_X_ Conference Before a Judicial Officer

_Francisco Lora by Counsel_
Defendant's Signature

_Francisco Lora_
Print Defendant's Name

_[signature]_
Defendant's Counsel's Signature

Luis O. Diaz
Print Counsel's Name

This proceeding was conducted by reliable video or telephone conferencing technology.

5/10/21
Date

_[signature]_
U.S. Circuit Judge
Sitting by Designation