UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X

UNITED STATES OF AMERICA,

-against-

Francisco Lora

Defendant(s).

-------------------------------------------------------------------X

13   -CR- 817 (RJS)

Defendant __Francisco Lora__ hereby voluntarily consents to participate in the following proceeding via _X_ videoconferencing or _X_ teleconferencing:

___  Initial Appearance Before a Judicial Officer

___  Arraignment (Note: If on Felony Information, Defendant Must Sign Separate Waiver of Indictment Form)

___  Bail/Detention Hearing

_X__  Conference Before a Judicial Officer/Change of Plea Hearing


_____         _____
Defendant's Signature                Defendant's Counsel's Signature

Francisco Lora                       Luis O. Diaz
_____         _____
Print Defendant's Name               Print Counsel's Name


This proceeding was conducted by reliable video or telephone conferencing technology.

__6/1/21__
Date                                 U.S. District Judge/U.S. Magistrate Judge