MEMBER NY, NJ & D.C. BAR

# LUIS O. DIAZ, ESQ. PLLC
ATTORNEY AND COUNSELOR AT LAW

32 MARBLE HILL AVENUE
NEW YORK, NY 10463

TEL: (212) 942-6400 • FAX: (212) 942-3900
LODIAZLAW@GMAIL.COM

---

January 13, 2022

**Via ECF**
Honorable Richard J. Sullivan
United States Circuit Judge, Sitting by Designation
United States District Court
Southern District of New York
40 Foley Square
New York, NY 1007

Re: **United States v. Francisco Lora**
Case No. 13 Cr 817-001 (RJS)

> Defense counsel's request is granted. IT IS HEREBY ORDERED THAT Defendant's sentencing will take place on Wednesday, March 30, 2022 at 2:00 p.m. at the Daniel Patrick Moynihan Courthouse. Defendant shall file his sentencing submission by March 16, 2022. The government shall file its sentencing submission by March 23, 2022.
>
> SO ORDERED: _____
> Dated: 01/13/2022   RICHARD J. SULLIVAN
> U.S.C.J., Sitting by Designation

Dear Judge Sullivan:

I am writing in connection with the above-captioned matter which is scheduled for Sentencing before Your Honor on January 28, 2021, at 2:00 PM. Counsel writes to request an adjournment of Sentencing since counsel has been unable to meet with Mr. Lora to finalize Defendant's sentencing submission. The Essex County Jail where Mr. Lora is detained cancelled all in-person visits since the increase in covid-19 cases in December. I have been advised that in-person visits are not expected to resume until sometime in February.

Counsel has communicated with Assistant United States Attorney Andrew Rohrbach and the Government has no objection to an adjournment in this matter. Counsel respectfully requests a 60-day adjournment of sentencing.

Thank you for Your Honor's consideration in this matter.

Respectfully submitted,

Luis O. Diaz, Esq.

Cc: Andrew Rohrbach, Assistant United States Attorney (Via ECF)