UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -  x
                                                        :
UNITED STATES OF AMERICA                                 :
                                                        :        ORDER OF FORFEITURE/
        - v. -                                          :        MONEY JUDGMENT
                                                        :
FRANCISCO LORA,                                          :        13 Cr. 817 (RJS)
        a/k/a "Jonathan,"                                :
                                                        :
              Defendant.                                 :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -  x

WHEREAS, on or about October 17, 2013, FRANCISCO LORA, a/k/a "Jonathan") (the "Defendant"), among others, was charged in a two-count Indictment, 13 Cr. 817 (the "Indictment"), with conspiracy to distribute heroin, in violation of Title 21, United States Code, Section 846 (Count One); and distribution of heroin, in violation of Title 21, United States Code, Sections 812, 841(a)(1), 841(b)(1)(B) and Title 18, United States Code, Section 2 (Count Two);

WHEREAS, the Indictment included a forfeiture allegation as to Counts One and Two seeking forfeiture to the United States, pursuant to Title 21, United States Code, Section 853, of any and all property constituting, or derived from proceeds the Defendant obtained directly or indirectly, as a result of the commission of the offense charged in Counts One and Two of the Indictment, including but not limited to a sum of money in United States currency representing the amount of proceeds traceable to the commission of the offense charged in Counts One and Two of the Indictment;

WHEREAS, on or about June 1, 2021, the Defendant pled guilty to Counts One and Two of the Indictment;

WHEREAS, the Court finds that $6,150 in United States currency represents property constituting, or derived from proceeds traceable to the commission of the offenses charged in Counts One and Two of the Indictment that the Defendant personally obtained, and that said property cannot be located upon the exercise of due diligence;

NOW, THEREFORE, IT IS ORDERED, ADJUDGED AND DECREED THAT:

1.       As a result of the offense charged in Counts One and Two of the Indictment, to which the Defendant pled guilty, a money judgment in the amount of $6,150 in United States currency (the "Money Judgment"), representing the amount of proceeds traceable to the offense charged in Counts One and Two of the Indictment that the Defendant personally obtained, shall be entered against the Defendant.

2.       Pursuant to Rule 32.2(b)(4) of the Federal Rules of Criminal Procedure, this Order of Forfeiture/Money Judgment is final as to the Defendant, shall be deemed part of the sentence of the Defendant, and shall be included in the judgment of conviction therewith.

3.       All payments on the outstanding money judgment shall be made by postal money order, bank or certified check, made payable, in this instance, to the United States Department of Treasury, and delivered by mail to the United States Attorney's Office, Southern District of New York, Attn: Money Laundering and Transnational Criminal Enterprises Unit, One St. Andrew's Plaza, New York, New York 10007 and shall indicate the Defendant's name and case number.

4. The United States Department of Treasury or its designee shall be authorized to deposit the payment on the Money Judgment in the Treasury Assets Forfeiture Fund, and the United States shall have clear title to such forfeited property.

5. Pursuant to 21 U.S.C. § 853(p), the United States is authorized to seek forfeiture of substitute assets of the Defendant up to the uncollected amount of the Money Judgment.

6.      Pursuant to Rule 32.2(b)(3) of the Federal Rules of Criminal Procedure, the United States Attorney's Office is authorized to conduct any discovery needed to identify, locate or dispose of forfeitable property, including depositions, interrogatories, requests for production of documents and the issuance of subpoenas.

7.      The Court shall retain jurisdiction to enforce this Order of Forfeiture/Money Judgment, and to amend it as necessary, pursuant to Rule 32.2 of the Federal Rules of Criminal Procedure.

8.      The Clerk of the Court shall forward three certified copies of this Order of Forfeiture/Money Judgment to Assistant United States Attorney Alexander J. Wilson, Co-Chief of the Money Laundering and Transnational Criminal Enterprises Unit, United States Attorney's Office, One St. Andrew's Plaza, New York, New York 10007.

SO ORDERED.

Dated:      March 30, 2022
            New York, New York

_____
RICHARD J. SULLIVAN
UNITED STATES CIRCUIT JUDGE
Sitting by Designation