UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

  -v-

FRANCISCO LORA,

                Defendant.

No. 13-cr-817 (RJS)
ORDER

RICHARD J. SULLIVAN, Circuit Judge:

      The Court is in receipt of a letter from defense counsel, dated December 8, 2023, requesting a thirty-day extension of the deadline to file an amended motion for a reduction in sentence on behalf of Defendant Francisco Lora. (Doc. No. 104.) IT IS HEREBY ORDERED THAT counsel's request is GRANTED and the briefing schedule is amended as follows: Lora's amended motion(s), including any amended motion for compassionate release, shall be filed by February 8, 2024; the government shall then respond to both pending motions by February 29, 2024; and Lora shall submit replies, if any, in support of his motions by March 28, 2024. IT IS FURTHER ORDERED THAT counsel shall confer with Lora as soon as practicable and file a letter with the Court indicating whether Lora consents to the appointment of counsel or whether he wishes to proceed *pro se*.

      The Clerk of Court is respectfully directed to terminate the motion pending at Doc. No. 104 and mail a copy of this order to Defendant Francisco Lora.

SO ORDERED.

Dated:    December 11, 2023
             New York, New York

                                                    _____
                                                    RICHARD J. SULLIVAN
                                                    UNITED STATES CIRCUIT JUDGE
                                                    Sitting by Designation