

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

March 5, 2024

**VIA ECF**
The Honorable Richard J. Sullivan
United States Circuit Judge
Second Circuit Court of Appeals
40 Foley Square
New York, New York 10007

    Re:   *United States v. Francisco Lora,*
            13 Cr. 817 (RJS)

Dear Judge Sullivan:

    With the Court's permission, the Government intends to file a response to defendant Francisco Lora's motion for a sentence reduction under Amendment 821 of the United States Sentencing Guidelines by March 11, 2024. The Government apologies for the delay, which was the result of staffing questions.

                        Respectfully submitted,
                        DAMIAN WILLIAMS
                        United States Attorney

        By:      /s/
                    MATHEW ANDREWS
                    Assistant United States Attorney
                    Tel.   (212) 637-6526

---

```
The government's request is GRANTED.  IT IS HEREBY ORDERED THAT the
government shall respond to Defendant's pending motions for
compassionate release (Doc. No. 98) and a reduction in sentence
(Doc. No. 108) by March 11, 2024, and Defendant shall submit
replies, if any, in support of his motions by April 10, 2024.  The
Clerk of Court is respectfully directed to terminate the motion
pending at Doc. No. 110 and mail a copy of this order to Defendant
Francisco Lora.



SO ORDERED.
March 6, 2024                   _____
                                RICHARD J. SULLIVAN
                                United States Circuit Judge
                                Sitting by Designation
```